UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

FILED
02 NOV -5 AM 9:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| NATIONWIDE ASSURANCE COMPANY, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CV02-S-1833-NE |
| BRENDA HUNTER, WILLIAM HUNTER, LINDA CRAGO, and WILLIAM LUKE BOND, JR., | ) | |
| Defendants. | ) | |

ENTERED
NOV - 5 2002

**FINDINGS OF FACT AND
CONCLUSIONS OF LAW**

This action is before the court on plaintiff's application for entry of default judgment against defendant Brenda Hunter supported by the affidavit of Keri L. Clement. The court hereby finds and concludes as follows.

1. Defendant Brenda Hunter was duly served with a copy of the summons and complaint, but has failed to answer or otherwise respond within the time allowed by law.

2. Defendant Brenda Hunter is neither an infant nor an incompetent person, and she is not in the military service.

3. Plaintiff is entitled to entry of a declaratory judgment by default against Brenda Hunter.

A separate order will be entered granting judgment by default.

ORDERED this ___5th___ day of November, 2002.

_____
United States District Judge

